UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>        Plaintiff,<br>vs.<br><br>VISION INVESTMENT LLC and<br>OCEAN VIEW FOODMART INC.<br>d/b/a ONE STOP FOOD MART,<br>        Defendants. | Case No: 6:23-cv-02223-JA-RMN |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RUDOLPH BETANCOURT, and Defendants, VISION INVESTMENT LLC and OCEAN VIEW FOODMART INC. d/b/a ONE STOP FOOD MART, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. Accordingly, the Parties expect to file a stipulation of dismissal with prejudice within forty (40) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

        Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Kenneth L. Minerley |
| Glenn R. Goldstein (FBN: 55873) | Kenneth L. Minerley (FBN: 521840) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | Minerley Fein, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 1200 N. Federal Highway, Suite 420 |
| Miami, Florida 33138 | Boca Raton, FL  33432 |
| 561.573.2106 | Tel: 561.362.6699 |
| GGoldstein@G2Legal.net | ken@minerleyfein.com |

<u>s/ Lauren N. Wassenberg</u>
Lauren N. Wassenberg
(FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646