UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>  Plaintiff,<br>vs.<br><br>VISION INVESTMENT LLC and OCEAN VIEW FOODMART INC. d/b/a ONE STOP FOOD MART,<br>  Defendant(s). | Case No: 23-cv-02223-JA-RMN |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, VISION INVESTMENT LLC and OCEAN VIEW FOODMART INC. d/b/a ONE STOP FOOD MART by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

  Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein<br>Glenn R. Goldstein (FBN: 55873)<br> *Attorney for Plaintiff*<br>Glenn R. Goldstein & Assoc.<br>8101 Biscayne Blvd., Ste. 504<br>Miami, Florida 33138<br>561.573.2106<br>GGoldstein@G2Legal.net<br><br>s/ Lauren N. Wassenberg<br>Lauren N. Wassenberg<br>(FBN: 34083)<br> *Attorney for Plaintiff*<br>Lauren N. Wassenberg & Assoc.<br>33 SE 4th St., Ste. 100 | s/ Kenneth L. Minerley<br>Kenneth L. Minerley<br>Fla. Bar No.: 521840<br>Primary Email:<br>Ken@minerleyfein.com<br>Ashley D. Adras<br>Fla. Bar No.: 119632<br>Primary Email:<br>ashley@minerleyfein.com<br>*Attorneys for Defendants* |

Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com